PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DUC TAI LE,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-mj-94 AC<br><br>[~~PROPOSED~~] ORDER<br><br>COURT: Hon. Allison Claire |

The motion to dismiss the information against Duc Tai Le, made by the Government under Federal Rule of Criminal Procedure 48(a), is granted. The information against Duc Tai Le is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: February 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1